JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ALVARADO, | ) | Case No. CV 14-4480-MMM (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JEFFERY BEARD, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 29, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE